Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523 danny@kazlg.com

David H. Krieger, Esq. NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE J. GRIGOR,<br><br>   Plaintiff,<br><br>vs.<br><br>WESTSTAR FEDERAL CREDIT UNION and EQUIFAX INFORMATION SERVICES LLC,<br><br>   Defendants. | Case No. 2:15-cv-00865-GMN-VCF<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>**AND ORDER THEREON** |

ECIS-Brown-Answer

-1-

NOW COMES Plaintiff, Catherine J. Grigor, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action.  Each party shall bear its own fees and costs.

Respectfully submitted this 23rd day of September, 2015.

_____
Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523 danny@kazlg.com

David H. Krieger, Esq. NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 09/24/2015

ECIS-Brown-Answer                                -2-

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 23rd day of September, 2015, via ECF, upon:

Meryl W. Roper
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Carleton R. Burch
Sue Trazig Cavaco
Anderson, McPharlin & Conners LLP
601 S. Seventh Street
Las Vegas, NV 89101

/s/ [signature]