CARLETON R. BURCH
Nevada Bar #10527
crb@amclaw.com
SUE TRAZIG CAVACO
Nevada Bar #6150
stc@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
601 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 479-1010
Facsimile: (702) 479-1025

Attorneys for Defendant, WESTSTAR CREDIT UNION, erroneously sued herein as WESTSTAR FEDERAL CREDIT UNION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE J. GRIGOR,<br><br>        Plaintiff,<br><br>vs.<br><br>WESTSTAR FEDERAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 2:15-cv-00865-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant WESTSTAR CREDIT UNION, erroneously sued herein as WESTSTAR FEDERAL CREDIT UNION, by and through its undersigned counsel, and Plaintiff CATHERINE J. GRIGOR, by and through her undersigned counsel, hereby stipulate and agree

///
///
///
///
///
///
///

that the above-captioned action shall be dismissed in its entirety with prejudice, with each party to bear its respective costs and attorneys' fees.

DATED this 13th day of January, 2016.

          ANDERSON, McPHARLIN & CONNERS LLP

By   */s/ Sue Trazig Cavaco*
Carleton R. Burch
Nevada Bar No. 10527
Sue Trazig Cavaco
Nevada Bar No. 6150
601 South Seventh Street
Las Vegas, Nevada 89101
Attorneys for Defendant, WESTSTAR CREDIT UNION

DATED this 12th day of January, 2016.

KAZEROUNI LAW GROUP, APC

By   /s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
7854 West Sahara Avenue
Las Vegas, Nevada 89117
Attorneys for Plaintiff, CATHERINE J. GRIGOR

**ORDER**

IT IS SO ORDERED.

DATED this 14 day of January, 2016.

By   _____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of ANDERSON, MCPHARLIN & CONNERS LLP and that on this 13th day of January, 2016, I served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the parties addressed as shown below:

[ X ]   Electronic Service – via the Court's electronic service system

[  ]   Facsimile

[  ]   Facsimile and U.S. Mail first class postage prepaid

[  ]   U.S. Mail first class postage prepaid

| | |
|---|---|
| David H. Krieger, Esq.<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV  89123<br>E-Mail: dkrieger@hainesandkrieger.com | Attorneys for Plaintiff |
| Michael Kind, Esq.<br>Kazerouni Law Group, APC<br>7854 W. Sahara Avenue<br>Las Vegas, NV  89117<br>E-Mail: mkind@kazlg.com | Attorneys for Plaintiff |

By _____
An Employee of
ANDERSON, MCPHARLIN & CONNERS LLP